

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| DENNIS EDWARD RAYNER, EVEN BETTER LOGISTICS, LLC, AND MICHELLE CORA CROOM, | § | No. 08-20-00145-CV |
|  | § | Appeal from the |
| Appellants, | § | 146th District Court |
| v. | § | of Travis County, Texas |
| RONNIE CLAXTON AND SANDRA CLAXTON, | § | (TC# D-1-GN-19-000281) |
|  | § |  |
| Appellees. | § |  |
|  | § |  |

## **O R D E R**

The Court GRANTS the Appellants' motion to reset the June 17, 2021 submission and oral argument setting. The above styled and numbered cause will be rescheduled at a later date.

IT IS SO ORDERED this 4th day of May, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.